IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT B. KITCH, JR., :
    Petitioner :
:
vs. : CIVIL NO. 1:CV-09-1741
:
JAMES MCGRADY, Superintendent, :
SCI RETREAT,
    Respondents :

*O R D E R*

AND NOW, this 5th day of November, 2009, upon consideration of the report and recommendation of the magistrate judge (doc. 8), filed September 23, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The Clerk of Court shall transfer this case to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

    3. The Clerk of Court shall close this file.

                         /s/William W. Caldwell
                         William W. Caldwell
                         United States District Judge